UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

P. J. Stevens,

        Plaintiff,

vs.                                                     ORDER ADOPTING REPORT
                                                                                                         AND RECOMMENDATION

Minnesota Dep. Of Public
Safety,

        Defendant.                    Civil No. 08-514 (JMR/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED:**

    1.    That the Plaintiff's Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> [Docket No. 2] is denied as moot.

    2.    That this action is summarily dismissed pursuant to Title 28 U.S.C. §1915(e)(2)(B)(ii) and (iii).


Dated: April 24, 2008                                                  <u>s/James M. Rosenbaum</u>
                                                                               James M. Rosenbaum, Chief Judge
                                                                               United States District Court